IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR440 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINA MOUNT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 22). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant's sentencing memorandum (Filing No. 23) shall be restricted pursuant to the E-Government Act.

DATED this 6th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court